O
JS-6

# United States District Court
# Central District of California

THE CALIFORNIA ENDOWMENT,

          Plaintiff,

    v.

RADNOR SPECIALTY INSURANCE COMPANY,

          Defendant.

Case No. 2:25-cv-06891-ODW (MARx)

**FINAL JUDGMENT**

Pursuant to the Court's Order Granting Defendant's Motion for Summary Judgment, it is therefore **ORDERED, ADJUDGED, and DECREED** as follows:

1. Defendant shall have **JUDGMENT** in its favor;

2. Plaintiff shall receive nothing;

3. All dates and deadlines are **VACATED**; and

4. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

May 6, 2026

_____

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**